Nadal, Demandante y Apelado, *v.* Vivoni et al., Demandados y Apelantes.

Apelación procedente de la Corte de Distrito de Mayagüez en causa sobre cobro de una cantidad de dinero.

No. 1232.—Resuelto en febrero 4, 1915.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1231, *Nadal v. Vivoni et al.*, pág. 51.

Los apelantes comparecieron por escrito por medio de su abogado Sr. Juan Quintero.

El apelado no compareció.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.